No. 79–270.  HEADS v. LOUISIANA.  Appeal from Sup. Ct. La. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sandstrom* v. *Montana*, 442 U. S. 510 (1979).

No. 79–665.  PICKERING v. COMMISSIONER OF INTERNAL REVENUE.  Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–699.  HEYNE v. HEYNE ET AL.  Appeal from Ct. App. Ohio, Summit County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–413.  CRAWFORD v. NEW YORK.  Appeal from Ct. App. N. Y. dismissed for want of a properly presented federal question.

No. 79–5411.  SAMMONS v. OHIO.  Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. A–154.  STEPPE v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  D. C. N. D. Fla.  Application for bail, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.